# Exhibit   A



👤 For: ████████████████



**U.S. Customs and Border Protection**
*Securing America's Borders*

## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:** ████████████

**Arrival/Issued Date:** ████████████

**Class of Admission:** CHP

**Admit Until Date:** ████████████

**Details provided on the I-94 Information form:**

**Last/Surname:** ████████████████

**First (Given) Name:** ████████

**Birth Date:** 1947████████

**Document Number:** ████████

**Country of Citizenship:** Cuba

---

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► What to do if someone requests your admission info: If an employer, local, state or federal agency requests admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.

► For security, close your browser after retrieving your I-94/I-95 number.

OMB No. 1651-0111
Expiration Date: 02/28/2026


# Homeland Security

## TRAVEL AUTHORIZED

Your travel authorization has been approved and you are now authorized to travel to the United States under the Cuban parole process to seek parole. You must meet all requirements for boarding an aircraft. This document does not grant you parole. Upon arrival to the United States, a U.S. Customs and Border Protection (CBP) officer will make the determination on parole once you arrive at a port of entry.

You are responsible for arranging your own travel to the United States. You are required to travel to the United States via commercial air. Please be prepared to show this status page in your myUSCIS account to airline personnel along with your passport and other appropriate identification. If you are traveling with a child under 18 years old, you should be prepared to provide proof that the child is traveling with a parent or legal guardian. For their protection, children who are not accompanied by a parent or legal guardian may be placed in the custody of the Department of Health and Human Services (HHS).

Name:

| Date of Birth | Alien Number | Passport Number | Status | Expiration Date |
|---|---|---|---|---|
| 1947 | | | Authorization Approved | |

DEPARTMENT OF HOMELAND SECURITY
PAROLED
Purpose: CHP
MIA 21016
(Date)   (Location)   (Officer)
DEPARTMENT OF HOMELAND SECURITY

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Fee Waiver Approved | | |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| | January 26, 2024 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| | Cuban Adjustment Act | 1947 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $0.00 |
| **Biometrics Fee:** | $0.00 |
| **Total Amount Received:** | $0.00 |
| **Total Balance Due:** | $0.00 |

ևվիիիվիիսվավիիրելիս||իվ||ևՈՈ|| յ||վ|իիիվ|իվ|ը

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283





---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 10/13/21

05/03/2025, 16:05                                    Case Status Online - Case Status Search

 An official website of the United States government    Here's how you know    Español     Multilingual Resources

## U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Response To USCIS' Request For Evidence Was Received

On March 27, 2024, we received your response to our Request for Evidence for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ▓▓▓▓▓▓▓▓ USCIS has begun working on your case again. We will send you a decision or notify you if we need something from you. If you move, go to [www.uscis.gov/addresschange](http://www.uscis.gov/addresschange) to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                              PAPERWORK REDUCTION ACT

# Related Tools

# Exhibit  B



OBSERVACIONES
REMARKS

PASAPORTE    REPÚBLICA DE CUBA

TIPO / TYPE        CODIGO DEL PAIS / COUNTRY CODE        N° DE PASAPORTE / PASSPORT N°
P        CUB

APELLIDOS / SURNAMES

NOMBRES / GIVEN NAMES

NACIONALIDAD / NATIONALITY
CUBANA

FECHA DE NACIMIENTO / DATE OF BIRTH        N° DE IDENTIDAD / ID N°
1996        FECHA DE EMISIÓN / DATE OF ISSUE

LUGAR DE NACIMIENTO / PLACE OF BIRTH        FECHA DE VENCIMIENTO / DATE OF EXPIRY
LA HABANA CUB

SEXO / SEX        LUGAR DE EXPEDICIÓN / PLACE OF ISSUE
LA HABANA

FIRMA DEL TITULAR/HOLDER'S SIGNATURE

 **For:** ████████████



## Most Recent I-94

**Admission (I-94) Record Number :** ███████

**Most Recent Date of Entry:** ████████

**Class of Admission :** CHP

**Admit Until Date :** ████████

**Details provided on the I-94 Information form:**

**Last/Surname :** ████████

**First (Given) Name :** ████████

**Birth Date :** 1996 ████████

**Document Number :** ████████

**Country of Citizenship :** Cuba

Get Travel History

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

► Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 03/31/2023

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy · Terms





**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| | March 28, 2024 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| | Cuban Adjustment Act | 1996 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

ılıılılılınılllnılıllllılılınyınmunlluldıqmın

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

Scanned with
CamScanner

Case Status Online | Case Status Search

An official website of the United States government   Here's how you know

Español   🌐 Multilingual Resources



**U.S. Citizenship and Immigration Services**

MENU

# Case Status Online

## Case Was Updated To Show Fingerprints Were Taken

As of April 17, 2024, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ███████████ have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❓

```
EAC1234567890
```

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                    PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address

# EXHIBIT-C

SERVACIONES
EMARKS

## PASAPORTE   REPÚBLICA DE CUBA



TIPO / TYPE   **P**

CODIGO DEL PAIS / COUNTRY CODE   **CUB**

Nº. DE PASAPORTE / PASSPORT Nº.

APELLIDOS / SURNAMES

NOMBRES / GIVEN NAMES

NACIONALIDAD / NATIONALITY   **CUBANA**

Nº. DE IDENTIDAD / ID Nº.

FECHA DE NACIMIENTO / DATE OF BIRTH   1994

FECHA DE EMISION / DATE OF ISSUE

LUGAR DE NACIMIENTO / PLACE OF BIRTH

FECHA DE VENCIMIENTO / DATE OF EXPIRY

SEXO / SEX

LUGAR DE EXPEDICION / PLACE OF ISSUE   **LA HABANA**

FIRMA DEL TITULAR/HOLDERS SIGNATURE

 For: ████████████████████



## Most Recent I-94

**Admission (I-94) Record Number :** ████████████

**Most Recent Date of Entry:** ████████

**Class of Admission : DT**

**Admit Until Date :** ████████

**Details provided on the I-94 Information form:**

**Last/Surname :** ████████████

**First (Given) Name :** ████████████

**Birth Date :** 1994 ████████

**Document Number :** ████████

**Country of Citizenship :** Cuba

Get Travel History

▶ **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

▶ **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

▶ **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date: 05/31/2024

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacidad · Condiciones

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | ███ |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | ███ |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| ███ | May 27, 2025 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| | Cuban Adjustment Act | ███ 1994 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**
(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21



An official website of the United States government    Here's how you know

Español    🌐 Multilingual Resources

MENU

# Case Status Online

## Case Is Still Being Processed By USCIS

As of June 17, 2025, your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ██████████ is still being processed. We do not currently need anything from you but will contact you if we need additional information regarding your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

**Enter Another Receipt Number** ❓

```
EAC1234567890
```

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE    PAPERWORK REDUCTION ACT

## Related Tools

### Change of Address

# EXHIBIT-D



PASAPORTE    REPÚBLICA DE CUBA

TIPO / TYPE  
P

CODIGO DEL PAIS / COUNTRY CODE  
CUB

Nº DE PASAPORTE / PASSPORT Nº.

APELLIDOS / SURNAMES

NOMBRES / GIVEN NAMES

NACIONALIDAD / NATIONALITY  
CUBANA

Nº DE IDENTIDAD / ID Nº.

FECHA DE NACIMIENTO / DATE OF BIRTH

FECHA DE EMISION / DATE OF ISSUE

LUGAR DE NACIMIENTO / PLACE OF BIRTH  
HOLGUÍN CUB

FECHA DE VENCIMIENTO / DATE OF EXPIRY

SEXO / SEX

LUGAR DE EXPEDICION / PLACE OF ISSUE  
LA HABANA

FIRMA DEL TITULAR/HOLDERS SIGNATURE

 **For:** ████████████████████



## Most Recent I-94

**Admission (I-94) Record Number :** ████████████

**Most Recent Date of Entry:** ████████████

**Class of Admission :** DT

**Admit Until Date :** ████████

**Details provided on the I-94 Information form:**

**Last/Surname :** ████████████

**First (Given) Name :** ████████████

**Birth Date :** 1997 ████████████

**Document Number :** ████████

**Country of Citizenship :** Cuba

Get Travel History

◄ **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

◄ **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

◄ **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date:05/31/2024

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacidad · Condiciones

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| ███████████ | May 27, 2025 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Cuban Adjustment Act | 1997 |

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $1,440.00 |
|---|---|
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

ᵗᵗⁱᵗˡᵘʳᵗˡᵗˡⁱˡˡᵗᵗˡᵗ‖ⁱᵗˡˡⁱˡⁱⁱˡⁱⁱⁱˡᵗˡⁱⁱˡ‖ⁱˡⁱˡˡ

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  10/13/21



An official website of the United States government    **Here's how you know**    Español    🌐 Multilingual Resources

## U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Is Still Being Processed By USCIS

As of June 17, 2025, your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ▮▮▮▮▮▮▮▮ is still being processed. We do not currently need anything from you but will contact you if we need additional information regarding your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                    PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

*Exhibit E*



👤 For: ██████████████████



## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94 Public Website and click on the tab for "Get Most Recent I-94" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94 printout matches the "Get Most Recent I-94" returned results for this applicant. I-94 FAQs: ([https://i94.cbp.dhs.gov/I94/#/faq](https://i94.cbp.dhs.gov/I94/#/faq))

**Admission I-94 Record Number:** ████████████

**Arrival/Issued Date:** ████████████

**Class of Admission:** DT

**Admit Until Date:** ████████████

**Details provided on the I-94 Information form:**

**Last/Surname:** ████████████

**First (Given) Name:** ████████████

**Birth Date:** 1997 ████████

**Document Number:** ████████

**Country of Citizenship:** Cuba

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

► Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

**OMB No.** 1651-0111
**Expiration Date: 03/31/2025**

Department of Homeland Security
U.S. Citizenship and Immigration Services

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| | February 03, 2025 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Cuban Adjustment Act | 1997 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

ıllı'ı·ı'ıılı···ııllı·ı'ıllı'ıllllı·ıı'ıl·ı'ı'ıılıılı'ıılı'ıı

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  10/13/2



An official website of the United States government    Here's how you know        Español    🌐 Multilingual Resources

# U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Was Updated To Show Fingerprints Were Taken

As of February 27, 2025, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ████████, have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                    PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

Exhibit  F



 For: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



## U.S. Customs and Border Protection
### Securing America's Borders

## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:** ▮▮▮▮▮▮▮▮▮▮

**Arrival/Issued Date:** ▮▮▮▮▮▮▮▮▮▮

**Class of Admission:** DT

**Admit Until Date:** ▮▮▮▮▮▮▮▮

**Details provided on the I-94 Information form:**

**Last/Surname:** ▮▮▮▮▮▮▮▮▮

**First (Given) Name:** ▮▮▮▮

**Birth Date:** 1984▮▮▮▮▮

**Document Number:** ▮▮▮▮▮

**Country of Citizenship:** Cuba

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94/I-95. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ What to do if someone requests your admission info: If an employer, local, state or federal agency requests admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.

▶ For security, close your browser after retrieving your I-94/I-95 number.

OMB No. 1651-0111
Expiration Date: 12/31/2025

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | ▓▓▓▓ |
| **CASE TYPE**<br>I-485, Application to Register Permanent Residence or Adjust Status | **USCIS ALIEN NUMBER**<br>▓▓▓▓ |
| **RECEIPT NUMBER**<br>▓▓▓▓ | **RECEIVED DATE**<br>November 24, 2025 | **PAGE**<br>1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION**<br>Cuban Adjustment Act | **DATE OF BIRTH**<br>▓▓▓▓ 1984 |

**PAYMENT INFORMATION:**

▓▓▓▓

| | |
|---|---|
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

ıllıılılllıllllıllıllıllılıllıllılılllllllılllllllılllııllılılıı

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21



An official website of the United States government    Here's how you know    Español    🌐 Multilingual Resources

## U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Is Still Being Processed By USCIS

As of December 19, 2025, your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ██████████ is still being processed. We do not currently need anything from you but will contact you if we need additional information regarding your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ❓

```
EAC1234567890
```

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                    PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

*Exhibit G*



**PASAPORTE**          **REPÚBLICA DE CUBA**

TIPO / TYPE          CODIGO DEL PAIS / COUNTRY CODE          Nº. DE PASAPORTE / PASSPORT Nº.
P                    CUB

APELLIDOS / SURNAMES

NOMBRES / GIVEN NAMES

NACIONALIDAD / NATIONALITY                                  Nº. DE IDENTIDAD / ID Nº.
CUBANA

FECHA DE NACIMIENTO / DATE OF BIRTH                         FECHA DE EMISION / DATE OF ISSUE
1993

LUGAR DE NACIMIENTO / PLACE OF BIRTH                        FECHA DE VENCIMIENTO / DATE OF EXPIRY
LA HABANA CUB

SEXO / SEX                                                  LUGAR DE EXPEDICION / PLACE OF ISSUE
                                                            LA HABANA

FIRMA DEL TITULAR/HOLDERS SIGNATURE

Scanned with CamScanner

 For: 

## U.S. Customs and Border Protection
Securing America's Borders

### Most Recent I-94

**Admission (I-94) Record Number :**
**Most Recent Date of Entry:**
**Class of Admission : DT**
**Admit Until Date :**
**Details provided on the I-94 Information form:**

**Last/Surname :**
**First (Given) Name :**
**Birth Date :** 1993
**Document Number :**
**Country of Citizenship :** Cuba

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 10/31/2023

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| | September 18, 2024 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| | Cuban Adjustment Act | 1993 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $1,440.00 |
| **Total Amount Received:** | $1,440.00 |
| **Total Balance Due:** | $0.00 |

ֈ|ı|ı|||||ı|ı|ıⁱ||ıⁱ|ı|||ı|ı|ı|ı||ı|ı||ᵖ|ı|ı|ₚₚᵈ|ᵈ|ı||ı|ı|

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283





An official website of the United States government    Here's how you know

Español   🌐 Multilingual Resources


**U.S. Citizenship
and Immigration
Services**

MENU

# Case Status Online

## Case Was Updated To Show Fingerprints Were Taken

As of October 17, 2024, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ███████████ have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❓

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                    PAPERWORK REDUCTION ACT

# Related Tools

### Change of Address

*Exhibit H*

## OBSERVACIONES
## REMARKS

# PASAPORTE

# REPÚBLICA DE CUBA



**TIPO / TYPE**
P

**CODIGO DEL PAIS / COUNTRY CODE**
CUB

**N°. DE PASAPORTE / PASSPORT N°.**

**APELLIDOS / SURNAMES**

**NOMBRES / GIVEN NAMES**

**NACIONALIDAD / NATIONALITY**
CUBANA

**N°. DE IDENTIDAD / ID N°.**

**FECHA DE NACIMIENTO / DATE OF BIRTH**
1993

**FECHA DE EMISION / DATE OF ISSUE**

**LUGAR DE NACIMIENTO / PLACE OF BIRTH**
CIUDAD DE LA HABANA  CUB

**FECHA DE VENCIMIENTO / DATE OF EXPIRY**

**SEXO / SEX**

**LUGAR DE EXPEDICION / PLACE OF ISSUE**
LA HABANA

**FIRMA DEL TITULAR/HOLDER'S SIGNATURE**

 For: ████████████████████



## U.S. Customs and Border Protection
Securing America's Borders

## Most Recent I-94

**Admission (I-94) Record Number :** ████████

**Most Recent Date of Entry:** ██████

**Class of Admission :** DT

**Admit Until Date :** ████████

**Details provided on the I-94 Information form:**

Last/Surname : ████████████

First (Given) Name : ████████

Birth Date : 1993 ████

Document Number : ████████

Country of Citizenship : ███

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 06/30/2024

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms

U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | ████ |

| CASE TYPE | | USCIS ALIEN NUMBER |
|---|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | | ████ |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| ████ | June 20, 2025 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| | Cuban Adjustment Act | ███ 1993 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

████████████████

իլ||լ¬լ||Բ||լ||լ|լ||Բ|լ|Բ||||լ¬|լ|||ԲԸ|||լ|||լԲ|լ|լ

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 10/13/21



U.S. Citizenship
and Immigration
Services

MENU

# Case Status Online

## Case Is Still Being Processed By USCIS

As of July 23, 2025, your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ████████████ still being processed. We do not currently need anything from you but will contact you if we need additional information regarding your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

**Enter Another Receipt Number** ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                    PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

# Exhibit   I

## OBSERVACIONES
## REMARKS

# PASAPORTE    REPÚBLICA DE CUBA



TIPO / TYPE
P

CODIGO DEL PAIS / COUNTRY CODE
CUB

Nº DE PASAPORTE / PASSPORT Nº

APELLIDOS / SURNAME

NOMBRES / GIVEN NAMES

NACIONALIDAD / NATIONALITY
CUBANA

Nº DE IDENTIDAD / ID Nº

FECHA DE NACIMIENTO / DATE OF BIRTH
1981

FECHA DE EMISION / DATE OF ISSUE

LUGAR DE NACIMIENTO / PLACE OF BIRTH
LA HABANA CUB

FECHA DE VENCIMIENTO / DATE OF EXPIRY

SEXO / SEX

LUGAR DE EXPEDICION / PLACE OF ISSUE
LA HABANA

FIRMA DEL TITULAR/HOLDER'S SIGNATURE



For: ████████████████████



## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:** ████████████████

**Arrival/Issued Date:** ██████████████

**Class of Admission:** CHP

**Admit Until Date:** █████████████

**Details provided on the I-94 Information form:**

**Last/Surname:** ██████████████

**First (Given) Name:** ███████████

**Birth Date:** 1981 █████████

**Document Number:** ████████

**Country of Citizenship:** Cuba

---

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94/I-95. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ What to do if someone requests your admission info: If an employer, local, state or federal agency requests admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.

▶ For security, close your browser after retrieving your I-94/I-95 number.

OMB No. 1651-0111
Expiration Date: 03/31/2026



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE | |
|---|---|---|---|
| Receipt | | | |
| CASE TYPE | | USCIS ALIEN NUMBER | |
| I-485, Application to Register Permanent Residence or Adjust Status | | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE | |
| | March 15, 2024 | 1 of 1 | |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH | |
| | Cuban Adjustment Act | 1981 | |

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $1,140.00 |
| **Biometrics Fee:** | $85.00 |
| **Total Amount Received:** | $1,225.00 |
| **Total Balance Due:** | $0.00 |

||լ|լ<sub></sub>|լ|| լ|լ|լ||լ||լ||լ<sub></sub>|լ||||||լ|լ|ը|ը|||լ|լ|լ|լ

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C   10/13/21

Case Status Online Case Status Search

🇺🇸 An official website of the United States government     Here's how you know     Español   🌐 Multilingual Resources



U.S. Citizenship
and Immigration
Services

MENU

# Case Status Online

## Response To USCIS' Request For Evidence Was Received

On May 7, 2024, we received your response to our Request for Evidence for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ▇▇▇▇▇▇ USCIS has begun working on your case again. We will send you a decision or notify you if we need something from you. If you move, go to [www.uscis.gov/addresschange](http://www.uscis.gov/addresschange) to give us your new mailing address.

### Enter Another Receipt Number ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                     PAPERWORK REDUCTION ACT

## Related Tools

# Exhibit   J

OBSERVACIONES
REMARKS



PASAPORTE          REPÚBLICA DE CUBA

TIPO / TYPE        CODIGO DEL PAIS / COUNTRY CODE        N°. DE PASAPORTE / PASSPORT N°.
P                 CUB

APELLIDOS / SURNAMES

NOMBRES / GIVEN NAME

NACIONALIDAD / NATIONALITY                               N°. DE IDENTIDAD / ID N°.
CUBANA

FECHA DE NACIMIENTO / DATE OF BIRTH                      FECHA DE EMISION / DATE OF ISSUE
2004

LUGAR DE NACIMIENTO / PLACE OF BIRTH                     FECHA DE VENCIMIENTO / DATE OF EXPIRY
PINAR DEL RÍO  CUB

SEXO / SEX                                               LUGAR DE EXPEDICION / PLACE OF ISSUE
                                                         LA HABANA

FIRMA DEL TITULAR/HOLDERS SIGNATURE

 **For:** █████████████████████



# U.S. Customs and Border Protection
### Securing America's Borders

---

## Most Recent I-94

**Admission (I-94) Record Number :** ████████

**Most Recent Date of Entry:** ████████

**Class of Admission : CHP**

**Admit Until Date :** ████████

**Details provided on the I-94 Information form:**

**Last/Surname :** ████████

**First (Given) Name :** ████████

**Birth Date :** 2004████

**Document Number :** ████████

**Country of Citizenship :** Cuba

[ Get Travel History ]

---

► **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

► **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

► **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date: 12/31/2023

### For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy


Scanned with
MOBILE SCANNER

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Fee Waiver Approved | | |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| | November 15, 2024 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Cuban Adjustment Act | 2004 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $0.00 |
| **Total Amount Received:** | $0.00 |
| **Total Balance Due:** | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | |
| P.O. Box 648003 | |
| Lee's Summit, MO 64002 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21



An official website of the United States government    Here's how you know    Español    ⊕ Multilingual Resources

## U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Was Updated To Show Fingerprints Were Taken

As of January 2, 2025, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ███████████ have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                    PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

Exhibit   K



PASAPORTE    REPÚBLICA DE CUBA

TIPO / TYPE    CÓDIGO DEL PAÍS / COUNTRY CODE    Nº. DE PASAPORTE / PASSPORT Nº.

P    CUB

APELLIDOS / SURNAMES

NOMBRES / GIVEN NAMES

NACIONALIDAD / NATIONALITY    Nº. DE IDENTIDAD / ID Nº.

CUBANA

FECHA DE NACIMIENTO / DATE OF BIRTH    FECHA DE EMISIÓN / DATE OF ISSUE

1998

LUGAR DE NACIMIENTO / PLACE OF BIRTH    FECHA DE VENCIMIENTO / DATE OF EXPIRY

CIENFUEGOS  CUB

SEXO / SEX    LUGAR DE EXPEDICIÓN / PLACE OF ISSUE

LA HABANA

FIRMA DEL TITULAR/HOLDER'S SIGNATURE

For: 



## U.S. Customs and Border Protection
### Securing America's Borders

## Most Recent I-94

**Admission (I-94) Record Number :**

**Most Recent Date of Entry:**

**Class of Admission : DT**

**Admit Until Date :**

**Details provided on the I-94 Information form:**

**Last/Surname :**

**First (Given) Name :**

**Birth Date :**

**Document Number :**

**Country of Citizenship :**   Cuba

Get Travel History

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-01
Expiration Date: 02/29/20

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| | January 30, 2025 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Cuban Adjustment Act | |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

---

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C   10/13/21



An official website of the United States government    Here's how you know    Español    🌐 Multilingual Resources

**U.S. Citizenship and Immigration Services**

MENU

# Case Status Online

## Case Was Updated To Show Fingerprints Were Taken

As of March 3, 2025, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ▮▮▮▮▮▮▮, have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

Exhibit L



PASAPORTE          REPÚBLICA DE CUBA

TIPO / TYPE          CODIGO DEL PAIS / COUNTRY CODE          Nº. DE PASAPORTE / PASSPORT Nº.
P                    CUB

APELLIDOS / SURNAMES

NOMBRES / GIVEN NAMES

NACIONALIDAD / NATIONALITY                                  Nº. DE IDENTIDAD / ID Nº.
CUBANA

FECHA DE NACIMIENTO / DATE OF BIRTH                         FECHA DE EMISION / DATE OF ISSUE
1995

LUGAR DE NACIMIENTO / PLACE OF BIRTH                        FECHA DE VENCIMIENTO / DATE OF EXPIRY
CUB

SEXO / SEX                                                  LUGAR DE EXPEDICION / PLACE OF ISSUE
                                                            LA HABANA

FIRMA DEL TITULAR/HOLDERS SIGNATURE

# Get Most Recent I-94

Get your most recent I-94 form to prove your legal visitor status in the United States

## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:**
**Arrival/Issued Date:**
**Class of Admission:** DT
**Admit Until Date:**

Details provided on the I-94 Information form:

**Last/Surname:**
**First (Given) Name:**
**Birth Date:** 1995 A
**Document Number:**
**Country of Citizenship:** Cuba

Edit Search                                                Get Traveler History

Print

Department of Homeland Security
U.S. Citizenship and Immigration Services

## Form I-797C, Notice of Action

### THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE | |
|---|---|---|---|
| Receipt | | | |
| CASE TYPE | | USCIS ALIEN NUMBER | |
| I-485, Application to Register Permanent Residence or Adjust Status | | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE | |
| | January 30, 2025 | 1 of 1 | |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH | |
| | Cuban Adjustment Act | April 27, 1995 | |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C   10/13/21

 An official website of the United States government    Here's how you know    Español    🌐 Multilingual Resources

 **U.S. Citizenship and Immigration Services**

MENU

# Case Status Online

## Case Was Updated To Show Fingerprints Were Taken

As of March 3, 2025, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ▮▮▮▮▮▮▮ have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ❓

```
EAC1234567890
```

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                    PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

# EXHIBIT M



 For: ████████████████████████



## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:** ████████████

**Arrival/Issued Date:** ████████████

**Class of Admission:** DT

**Admit Until Date:** ████████████

**Details provided on the I-94 Information form:**

**Last/Surname:** ████████████

**First (Given) Name:** ████████████

**Birth Date:** 1993 ████████████

**Document Number:** ████████████

**Country of Citizenship:** Cuba

---

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94/I-95. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► What to do if someone requests your admission info: If an employer, local, state or federal agency requests admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.

► For security, close your browser after retrieving your I-94/I-95 number.

**OMB No. 1651-0111**
**Expiration Date: 03/31/2026**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | February 05, 2025 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| ▮ | January 31, 2025 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | |
| | Cuban Adjustment Act | 1993 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

ı11|ı11|ıl·ıı||ı1ı|ı|·||ı|ı|ı|ı|ı|ı|ı|ı||1ı||||ı|ııl|ı1ı|ı

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C   10/13/21



An official website of the United States government    Here's how you know

Español    🌐 Multilingual Resources

## U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Was Updated To Show Fingerprints Were Taken

As of March 3, 2025, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ███████████, have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                    PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

# EXHIBIT N



OBSERVACIONES
REMARKS

PASAPORTE    REPÚBLICA DE CUBA

TIPO / TYPE: P
CODIGO DEL PAIS / COUNTRY CODE: CUB
Nº. DE PASAPORTE / PASSPORT Nº.
APELLIDOS / SURNAMES
NOMBRES / GIVEN NAMES
NACIONALIDAD / NATIONALITY: CUBANA
Nº. DE IDENTIDAD / ID Nº.
FECHA DE NACIMIENTO / DATE OF BIRTH: /1991
FECHA DE EMISION / DATE OF ISSUE
LUGAR DE NACIMIENTO / PLACE OF BIRTH: VILLA CLARA CUB
FECHA DE VENCIMIENTO / DATE OF EXPIRY
SEXO / SEX
LUGAR DE EXPEDICION / PLACE OF ISSUE: LA HABANA
FIRMA DEL TITULAR/HOLDERS SIGNATURE

 For:



## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:**

**Arrival/Issued Date:**

**Class of Admission:** CHP

**Admit Until Date:**

**Details provided on the I-94 Information form:**

**Last/Surname:**

**First (Given) Name:**

**Birth Date:** 1991

**Document Number:**

**Country of Citizenship:** Cuba

---

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94/I-95. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► What to do if someone requests your admission info: If an employer, local, state or federal agency requests admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.

► For security, close your browser after retrieving your I-94/I-95 number.

OMB No. 1651-0111
Expiration Date: 03/31/2026



## TRAVEL AUTHORIZED

Your travel authorization has been approved and you are now authorized to travel to the United States under the Cuban parole process to seek parole. You must meet all requirements for boarding an aircraft. This document does not grant you parole. Upon arrival to the United States, a U.S. Customs and Border Protection (CBP) officer will make the determination on parole once you arrive at a port of entry.

You are responsible for arranging your own travel to the United States. You are required to travel to the United States via commercial air. Please be prepared to show this status page in your myUSCIS account to airline personnel along with your passport and other appropriate identification. If you are traveling with a child under 18 years old, you should be prepared to provide proof that the child is traveling with a parent or legal guardian. For their protection, children who are not accompanied by a parent or legal guardian may be placed in the custody of the Department of Health and Human Services (HHS).

**Name:**

Date of Birth        Alien Number        Passport Number        Status                Expiration Date

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | |
|---|---|---|
| Receipt | | |

| CASE TYPE | NOTICE DATE |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | |

| RECEIPT NUMBER | RECEIVED DATE | USCIS ALIEN NUMBER |
|---|---|---|
| | May 10, 2024 | |

| PRIORITY DATE | | PAGE |
|---|---|---|
| | PREFERENCE CLASSIFICATION | 1 of 1 |
| | Cuban Adjustment Act | DATE OF BIRTH |
| | | May 01, 1991 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C   10/13/21



🇺🇸 An official website of the United States government    Here's how you know    Español    🌐 Multilingual Resources



## U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Was Updated To Show Fingerprints Were Taken

As of June 8, 2024, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ▮▮▮▮▮▮▮▮ ve been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                    PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

# EXHIBIT O



OBSERVACIONES
REMARKS

PASAPORTE     REPÚBLICA DE CUBA

TIPO / TYPE     CODIGO DEL PAIS / COUNTRY CODE     N°. DE PASAPORTE / PASSPORT N°.
P     CUB

APELLIDOS / SURNAMES

NOMBRES / GIVEN NAMES

NACIONALIDAD / NATIONALITY     N°. DE IDENTIDAD / ID N°.

FECHA DE NACIMIENTO / DATE OF BIRTH     FECHA DE EMISION / DATE OF ISSUE

LUGAR DE NACIMIENTO / PLACE OF BIRTH     FECHA DE VENCIMIENTO / DATE OF EXPIRY

SEXO / SEX     LUGAR DE EXPEDICION / PLACE OF ISSUE
M

 For: ▮▮▮▮▮▮▮▮▮▮▮▮



## U.S. Customs and Border Protection
### Securing America's Borders

## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:** ▮▮▮▮▮▮▮▮

**Arrival/Issued Date:** ▮▮▮▮▮▮▮▮

**Class of Admission:** ▮▮▮▮

**Admit Until Date:** ▮▮▮▮▮▮

**Details provided on the I-94 Information form:**

**Last/Surname:** ▮▮▮▮▮▮▮▮▮

**First (Given) Name:** ▮▮▮▮L

**Birth Date:** ▮▮▮▮▮

**Document Number:** ▮▮▮▮▮

**Country of Citizenship:** Cuba

---

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94/I-95. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ What to do if someone requests your admission info: If an employer, local, state or federal agency requests admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.

▶ For security, close your browser after retrieving your I-94/I-95 number.

OMB No. 1651-0111
Expiration Date: 03/31/2026



## TRAVEL AUTHORIZED

Your travel authorization has been approved and you are now authorized to travel to the United States under the Cuban parole process to seek parole. You must meet all requirements for boarding an aircraft. This document does not grant you parole. Upon arrival to the United States, a U.S. Customs and Border Protection (CBP) officer will make the determination on parole once you arrive at a port of entry.

You are responsible for arranging your own travel to the United States. You are required to travel to the United States via commercial air. Please be prepared to show this status page in your myUSCIS account to airline personnel along with your passport and other appropriate identification. If you are traveling with a child under 18 years old, you should be prepared to provide proof that the child is traveling with a parent or legal guardian. For their protection, children who are not accompanied by a parent or legal guardian may be placed in the custody of the Department of Health and Human Services (HHS).

| Date of Birth | Alien Number | Passport Number | Status | Expiration Date |
|---|---|---|---|---|

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| | May 10, 2024 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Cuban Adjustment Act | January 24, 1988 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

 An official website of the United States government    Here's how you know    Español    ⊕ Multilingual Resources

 U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Case Was Updated To Show Fingerprints Were Taken

As of June 8, 2024, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ██████████ have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                    PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

# EXHIBIT P



OBSERVACIONES
REMARKS

PASAPORTE   REPÚBLICA DE CUBA

| TIPO / TYPE | CODIGO DEL PAIS / COUNTRY CODE | Nº DE PASAPORTE / PASSPORT Nº |
|---|---|---|
| P | CUB | |

APELLIDOS / SURNAMES

NOMBRES / GIVEN NAMES

NACIONALIDAD / NATIONALITY
CUBANA

Nº DE IDENTIDAD / ID Nº.

FECHA DE NACIMIENTO / DATE OF BIRTH
2011

FECHA DE EMISION / DATE OF ISSUE

LUGAR DE NACIMIENTO / PLACE OF BIRTH
VILLA CLARA CUB

FECHA DE VENCIMIENTO / DATE OF EXPIRY

SEXO / SEX

LUGAR DE EXPEDICIÓN / PLACE OF ISSUE
LA HABANA

FIRMA DEL TITULAR/HOLDER'S SIGNATURE

For: 



## U.S. Customs and Border Protection
Securing America's Borders

## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94/I-95 Website and click on the tab for "Get Most Recent I-94/I-95" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94/I-95 printout matches the "Get Most Recent I-94/I-95" returned results for this applicant. Reference the CBP I-94/I-95 Website FAQs.

**Admission I-94 Record Number:**

**Arrival/Issued Date:**

**Class of Admission:** CHP

**Admit Until Date:**

**Details provided on the I-94 Information form:**

**Last/Surname:**

**First (Given) Name:**

**Birth Date:** 2011

**Document Number:**

**Country of Citizenship:** Cuba

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94/I-95. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ What to do if someone requests your admission info: If an employer, local, state or federal agency requests admission information, present your admission (I-94/I-95) number along with any additional required documents requested by that employer or agency.

▶ For security, close your browser after retrieving your I-94/I-95 number.

OMB No. 1651-0111
Expiration Date: 03/31/2026


# Homeland Security

## TRAVEL AUTHORIZED

Your travel authorization has been approved and you are now authorized to travel to the United States under the Cuban parole process to seek parole. You must meet all requirements for boarding an aircraft. This document does not grant you parole. Upon arrival to the United States, a U.S. Customs and Border Protection (CBP) officer will make the determination on parole once you arrive at a port of entry.

You are responsible for arranging your own travel to the United States. You are required to travel to the United States via commercial air. Please be prepared to show this status page in your myUSCIS account to airline personnel along with your passport and other appropriate identification. If you are traveling with a child under 18 years old, you should be prepared to provide proof that the child is traveling with a parent or legal guardian. For their protection, children who are not accompanied by a parent or legal guardian may be placed in the custody of the Department of Health and Human Services (HHS).

**Name:**

| Date of Birth | Alien Number | Passport Number | Status | Expiration Date |
|---|---|---|---|---|

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| | May 10, 2024 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Cuban Adjustment Act | |

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $950.00 |
| **Total Amount Received:** | $950.00 |
| **Total Balance Due:** | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  10/13/21



An official website of the United States government    Here's how you know

Español    ⊕ Multilingual Resources

MENU

# Case Status Online

## Case Was Received

On May 10, 2024, we received your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ████████████ and sent you the receipt notice that describes how we will process your case. Please follow the instructions in the notice. If you have any questions, visit the USCIS Contact Center webpage at www.uscis.gov/contactcenter. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                    PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

*Exhibit Q*

## OBSERVACIONES
### REMARKS

## PASAPORTE                 REPÚBLICA DE CUBA

TIPO / TYPE          CODIGO DEL PAIS / COUNTRY CODE          Nº DE PASAPORTE / PASSPORT Nº

**P**          **CUB**

APELLIDOS / SURNAMES

NOMBRES / GIVEN NAMES

NACIONALIDAD / NATIONALITY

**CUBANA**

FECHA DE NACIMENTO / DATE OF BIRTH          FECHA DE EMISION / DATE OF ISSUE

**2012**

LUGAR DE NACIMIENTO / PLACE OF BIRTH          FECHA DE VENCIMIENTO / DATE OF EXPIRY

**LA HABANA CUB**

Nº DE IDENTIDAD / ID Nº.

SEXO / SEX          LUGAR DE EXPEDICION / PLACE OF ISSUE

**LA HABANA**

FIRMA DEL TITULAR/HOLDERS SIGNATURE

 For: ██████████████


**U.S. Customs and Border Protection**
Securing America's Borders

## Most Recent I-94

Admission (I-94) Record Number : ████████

Most Recent Date of Entry: ████████

Class of Admission : DT

Admit Until Date : ████████

Details provided on the I-94 Information form:

Last/Surname : ████████

First (Given) Name : 

Birth Date : 2012 ████████

Document Number : ████████

Country of Citizenship : Cuba

Get Travel History

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 06/30/2024

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms

1/1

https://i94.cbp.dhs.gov/I94/#/recent-results

U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
| --- | --- | --- |
| Receipt | | |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| | June 20, 2025 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Cuban Adjustment Act | 2012 |

**PAYMENT INFORMATION:**

| | |
| --- | --- |
| **Application/Petition Fee:** | $950.00 |
| **Total Amount Received:** | $950.00 |
| **Total Balance Due:** | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.       Form I-797C  10/13/21



U.S. Citizenship
and Immigration
Services

MENU

# Case Status Online

## Case Is Still Being Processed By USCIS

As of July 23, 2025, your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ████████████ is still being processed. We do not currently need anything from you but will contact you if we need additional information regarding your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                                          PAPERWORK REDUCTION ACT

# Related Tools

## Change of Address

*Exhibit R*

## OBSERVACIONES
### REMARKS

## PASAPORTE — REPÚBLICA DE CUBA



**TIPO / TYPE**
P

**CODIGO DEL PAIS / COUNTRY CODE**
CUB

**Nº. DE PASAPORTE / PASSPORT Nº.**

**APELLIDOS / SURNAMES**

**NOMBRES / GIVEN NAMES**

**NACIONALIDAD / NATIONALITY**
CUBANA

**Nº. DE IDENTIDAD / ID Nº.**

**FECHA DE NACIMIENTO / DATE OF BIRTH**
1993

**FECHA DE EMISION / DATE OF ISSUE**

**LUGAR DE NACIMIENTO / PLACE OF BIRTH**
CIUDAD DE LA HABANA  CUB

**FECHA DE VENCIMIENTO / DATE OF EXPIRY**

**SEXO / SEX**

**LUGAR DE EXPEDICION / PLACE OF ISSUE**
LA HABANA

**FIRMA DEL TITULAR/HOLDERS SIGNATURE**



For: ███████████████



## U.S. Customs and Border Protection
*Securing America's Borders*

### Most Recent I-94

Admission (I-94) Record Number : ███████████

Most Recent Date of Entry: ███████████

Class of Admission : DT

Admit Until Date : ███████████

Details provided on the I-94 Information form:

Last/Surname : ███████████

First (Given) Name : ███████████

Birth Date :   1993 ███████

Document Number : ███████████

Country of Citizenship :   Cuba

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 06/30/2024

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| | June 20, 2025 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Cuban Adjustment Act | 1993 |

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $1,440.00 |
|---|---|
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

|ıı**ı**ılıl**·**ıll**ı**·**ı**·lı·**ı**ıllı**ı**llıı**ı**ıı**ıı**ıl**ıl**l**ıll**ıı**ıl**·**ıl·**ı**lıl

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | |
| P.O. Box 648003 |  |
| Lee's Summit, MO 64002 | |



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 10/13/21



An official website of the United States government    Here's how you know        Español    🌐 Multilingual Resources

**U.S. Citizenship and Immigration Services**

MENU

# Case Status Online

## Case Is Still Being Processed By USCIS

As of July 23, 2025, your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number ████████ is still being processed. We do not currently need anything from you but will contact you if we need additional information regarding your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❓

```
EAC1234567890
```

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE                     PAPERWORK REDUCTION ACT

# Related Tools

### Change of Address