UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21565-LEIBOWITZ

E.M.P.C., *et al.,*

      *Plaintiffs,*

v.

KRISTI NOEM, *et al.,*

      *Defendants.*

_____/

## NOTICE

      The Court has determined that this case bears a strong resemblance to *Travieso et al v. Edlow et al.*, Case No. 1:26-cv-21935-LEIBOWITZ.  Accordingly, counsel for Plaintiffs in that action have been instructed to appear at the hearing scheduled in this matter for April 24, 2026, at 10:00 A.M.  All counsel should be prepared to discuss the potential consolidation of these actions and any other matters related to their orderly progression.

      **DONE AND ORDERED** in the Southern District of Florida on March 27, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record