**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21565**
**CASE NO. 1:26-cv-21935**

**E.M.P.C.,** *et al.,*

     *Plaintiffs,*

v.

**MARKWAYNE MULLIN,** *et al.,*

     *Defendants.*

_____/

**JULIO ALBERTO TRAVIESO***, et al.,*

     *Plaintiffs,*

v.

**JOSEPH B. EDLOW,** *et al.,*

     *Defendants.*

_____/

## ORDER

THIS CAUSE comes before the Court on a *sua sponte* review of the dockets in the above-captioned cases.  Having reviewed the facts underlying each action, the legal claims, and being otherwise fully advised, the Court has determined that <u>for pretrial purposes only</u>, the above-captioned cases should be consolidated to better allow this Court to manage its docket.  Once the pretrial portion of this case has been completed, up to and including summary judgment, the parties may file a motion to reopen the individual cases where a separate trial will occur.

Under Rule 42(a) of the Federal Rules of Civil Procedure, a district court has "inherent managerial power" to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Young v. City of Augusta, Ga. Through DeVaney*, 59 F.3d 1160, 1168 (11th Cir. 1995).  Accordingly, where multiple actions which are pending before the Court

involve a common question of law or fact, a Court may order the actions consolidated.  Fed. R. Civ. P. 42(a); *see Newman v. Eagle Bldg. Techs.*, 209 F.R.D. 499, 501 (S.D. Fla. 2002).

These actions name some of the same defendants, assert similar claims, seek similar relief (including preliminary injunctive relief), challenge similar executive policies, and implicate the legal interests of a broad swathe of Cuban nationals seeking immigration benefits, particularly under the Cuban Refugee Adjustment Act.  Therefore, consolidation is justified.  It is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Clerk of Court shall **CONSOLIDATE** case numbers 1:26-cv-21565 and 1:26-cv-21935 as *E.M.P.C. et al v. Noem et al.*, No. 1:26-cv-21565-LEIBOWITZ (S.D. Fla.).  All future pleadings, motions, or other papers shall be filed in case number 1:26-cv-21565-LEIBOWITZ and bear only the caption of that case.

2.  The Clerk of Court shall **ADMINISTRATIVELY CLOSE** case number 1:26-cv-21935.

3.  All Plaintiffs and Defendants shall file all motions jointly.  If a party wishes to file a motion separately based on individual facts pertaining to a single defendant, it must file a motion for leave to file a separate motion.

**DONE AND ORDERED** in the Southern District of Florida on April 16, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record