**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21565-LEIBOWITZ**

**E.M.P.C.,** *et al.,*

　　　　*Plaintiffs,*

v.

**MARKWAYNE MULLIN,** *et al.,*

　　　　*Defendants.*

_____/

**JULIO ALBERTO TRAVIESO***, et al.,*

　　　　*Plaintiffs,*

v.

**JOSEPH B. EDLOW,** *et al.,*

　　　　*Defendants.*

_____/

**<u>ORDER</u>**

THIS CAUSE comes before the Court on the Motion to Enforce Consolidation Order ("the Motion") [ECF No. 24], filed by counsel for plaintiffs in *E.M.P.C. et al. v. Secretary of Homeland Security et al.*, Case No. 1:26-cv-21565 ("the E.M.P.C. Plaintiffs"). On April 16, 2026, the Court ordered the consolidation of the actions captioned above ("the Consolidation Order"). [ECF No. 18]. The Consolidation Order instructed the parties to file motions jointly absent leave of the Court. [*Id.* at 2]. On April 21, 2026, counsel for plaintiffs in *Travieso et al. v. Edlow et al.*, Case No. 1:26-cv-21935 ("the Travieso Plaintiffs") filed a Notice Of Pending, Refiled, Related or Similar Action ("the Notice") [ECF No. 19], in which the Travieso Plaintiffs advised the court of the pendency of an action before the Honorable Cecilia M. Altonaga that implicates the same policy memoranda at issue in the Travieso Plaintiff's initial complaint. [*Id.* at 1–2].

E.M.P.C. Plaintiffs filed the instant Motion in response to the Notice.  As E.M.P.C. Plaintiffs have it, the Notice is in substance a motion and therefore violates the Consolidation Order's requirement that motions be filed jointly.  [ECF No. 24 at 4–5].  Among other things, they ask the Court to confirm that interpretation of the Motion, impose formal conferral requirements, and decline Travieso Plaintiff's purported invitation to transfer or consolidate these actions.  [*Id.* at 12].

The Court does not construe the Notice as a motion in substance.  Rather, as Travieso Plaintiffs note, the Notice discharges an attorney's "continuing duty . . . to bring promptly to the attention of the Court and opposing counsel the existence of [potentially related] actions or proceedings." [ECF No. 25 at 1 (quoting S.D. Fla. L.R. 3.8 (emphasis omitted))].  Nor does the Notice seek affirmative relief but rather makes the reasonable suggestion that transfer to Judge Altonaga or consolidation with the action pending before her "may be warranted." [*Id.*].  While the significance of the Notice is not lost on the Court, E.M.P.C. Plaintiff's Motion is premature and is due to be denied.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 24**] is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on April 30, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record