**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21565-CIV-LEIBOWITZ/HERNANDEZ**

**E.M.P.C.,** *et al*.,

      Plaintiffs,

v.

**MARKWAYNE MULLIN**,
Secretary of Homeland Security, *et al*.,

      Defendants

_____/

## <u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Defendants, by and through the undersigned Assistant United States Attorney and pursuant to Rule 7.8 of the Local Rules for the District Court for the Southern District of Florida, give notice of the following supplemental authority relevant to the Court's determination of Plaintiffs' Motion for Preliminary Injunction, A Stay Preliminarily Vacating Agency Action Under 5 U.S.C. §§ 705 & 706(2), and Summary Judgment In the Alternative [DE 15; case number 1:26-cv-21935-LEIBOWITZ]:

*Berrios v. Edlow et al.*, Case No. 26-cv-21748-LMR (S.D. Fla. May 5, 2026) [DE 13] Order Denying Motion for Preliminary Injunction (attached as an exhibit).

In the Order, the court denied the plaintiff's request for a preliminary injunction enjoining the operation of USCIS Policy Memorandum, PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* (Dec. 2, 2025) and USCIS Policy Memorandum, PM-602-0194, *Hold and Review of USCIS Benefit Ap-plications Filed by Aliens from Additional High-Risk Countries* (Jan. 1, 2026).

In relevant part, the court noted that "at this juncture, the Court cannot say whether the hold promulgated by the memoranda serves as a wholesale failure to adjudicate."  Order p.9 n.4.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

**Anthony Erickson-Pogorzelski**
ANTHONY ERICKSON-POGORZELSKI
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9296
Fla. Bar 619884
Email: anthony.pogorzelski@usdoj.gov