**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  1:26-cv-21565-LEIBOWITZ**

**E.M.P.C.**, *et al.*,

      Plaintiffs,

**v.**

**MARKWAYNE MULLIN**, *et al.*,

      Defendants.

_____/

**JULIO ALBERTO TRAVIESO**, *et al.*,

      Consolidated Plaintiffs,

**v.**

**JOSEPH B. EDLOW**, *et al.*,

      Consolidated Defendants.

_____/

### *TRAVIESO* PLAINTIFFS' RESPONSE TO
### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.8, the *Travieso* plaintiffs, by and through the undersigned, submit this reply to the Defendants' Notice of Supplemental Authority (D.E. 37).

The Court should afford the ruling in the *Berrios* case minimal persuasive weight.  In addition to the fact that Judge Reid made a point of emphasizing the narrowness of her ruling (D.E. 37-1, at 10), it should be noted that the plaintiff in the *Berrios* case proceeded pro se.  Reviewing the pro se plaintiff's filings there (D.E. 10 & 12, No. 1:26-cv-21748-LMR), shows that they are not comparable to the argument presented before this Court.  Additionally, the *Berrios* plaintiff brought an individualized pace of adjudication claim, as opposed to the rule and policy challenge

1

brought here.   See *Commandant* v. *Dist. Dir.*, No. 21-10372, 2024 WL 3565390 (CA11 2024) (discussed during oral argument yesterday); *Nakka* v. *USCIS*, 111 F. 4th 995, 1002–09 (CA9 2024) (same); *id.*, at 1009 ("Thus, we conclude that § 1252(a)(2)(B)(i) does not strip district courts of jurisdiction to hear collateral challenges to Defendants' generally applicable policies and procedures.").

Respectfully submitted,

Dated: May 6, 2026

**s/ Claudia Canizares**
Fla. Bar No. 98308
Canizares Law Group, LLC
8360 W. Flagler Street, Suite 200
Miami, FL 33144
o. 305.680.0036
claudia@abogadadeinmigracion.us

**s/ Mark Andrew Prada**
Fla. Bar No. 91997
**s/ Anthony Richard Dominguez**
Fla. Bar No. 1002234
Prada Dominguez, PLLC
Fla. Bar No. 1010180
12940 SW 128 Street, Suite 203
Miami, FL 33186
o. 786.703.2061
c. 786.238.2222
mprada@pradadominguez.com
adominguez@pradadominguez.com

*Counsel for Travieso Plaintiffs*