**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21565-CIV-LEIBOWITZ/HERNANDEZ**

**E.M.P.C.,** *et al*.,

     Plaintiffs,

v.

**MARKWAYNE MULLIN**,
Secretary of Homeland Security, *et al*.,

     Defendants

                                  /

## <u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Defendants, by and through the undersigned Assistant United States Attorney and pursuant to Rule 7.8 of the Local Rules for the District Court for the Southern District of Florida, give notice of the following supplemental authority relevant to the Court's determination of Plaintiffs' Motion for Preliminary Injunction, A Stay Preliminarily Vacating Agency Action Under 5 U.S.C. §§ 705 & 706(2), and Summary Judgment In the Alternative [DE 15; case number 1:26-cv-21935-LEIBOWITZ]:

*Nezameslami, et al. v. DHS, et al.*, **Case No. 1:26-cv-00151-SDG (N.D. Ga. May 13, 2026) [DE 48] Opinion and Order (attached as an exhibit).**

In the Opinion and Order, the court denied the plaintiffs' request for a preliminary injunction enjoining the operation of USCIS Policy Memorandum, PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* (Dec. 2, 2025) and USCIS Policy Memorandum, PM-602-0194, *Hold and Review of USCIS Benefit Ap-plications Filed by Aliens from Additional High-Risk Countries* (Jan. 1, 2026).  The court offered the following explanation for its decision, which is relevant to

this case. "It appears well-settled that Defendants do not have the discretion to ***never*** adjudicate Plaintiffs' applications at all. But if the Memos truly are a pause, and Defendants truly are working towards an enhanced screening and vetting process in good faith, then the policy is not arbitrary and capricious." *Id*. at 27-28 (emphasis in original).

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

**<u>Anthony Erickson-Pogorzelski</u>**
ANTHONY ERICKSON-POGORZELSKI
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9296
Fla. Bar 619884
Email: anthony.pogorzelski@usdoj.gov