**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  1:26-cv-21565-LEIBOWITZ**

**E.M.P.C.**, *et al.*,

     Plaintiffs,

**v.**

**MARKWAYNE MULLIN**, *et al.*,

     Defendants.

_____/

**JULIO ALBERTO TRAVIESO**, *et al.*,

     Consolidated Plaintiffs,

**v.**

**JOSEPH B. EDLOW**, *et al.*,

     Consolidated Defendants.

_____/

*TRAVIESO* **PLAINTIFFS'**
<u>**FIFTH NOTICE OF SUPPLEMENTAL AUTHORITY**</u>

Pursuant to Local Rule 7.8, the *Travieso* plaintiffs, by and through the undersigned, give notice of a supplemental authority that is relevant to their pending motion for preliminary relief and summary judgment (D.E. 15, No. 26-cv-21935).   Earlier today, a District Court issued a 135-page Memorandum and Order which summarizes itself as follows:

> Accordingly, as set forth below, each of the Challenged Policies that USCIS enacted—the Benefits Hold Policy, the Global Asylum Hold Policy, the Comprehensive Re-Review Policy, and the Country-Specific Factors Policy—are declared unlawful and are vacated and set aside.

Memorandum and Order (D.E. 28), *Dorcas Int'l Institute of Rhode Island* v. *USCIS*, No. 1:26-cv-00132-JJM-PAS, at *4 (D. R.I. June 5, 2026) (copy at <u>**Exh. A**</u>).

1

The undersigned are still in the process of digesting this order.   For now, they simply submit that the *Travieso* plaintiffs' pending motion for preliminary relief and summary judgment (D.E. 15, No. 26-cv-21935) is not moot because, at a minimum: (1) the government still retains the right to appeal the *Dorcas* order and seek emergency relief from a higher court; and (2) the *Travieso* plaintiffs' circumstances are narrower and more specific than those of the organizational plaintiffs in the *Dorcas* cases.

Further, the undersigned gives the Court notice that they are still working on finalizing a complaint that will challenge the same agency rules challenged by the *Travieso* plaintiffs here, in conjunction with a challenge to the agency's latest substantive rule, USCIS Policy Memorandum, PM-602-0199, *Adjustment of Status is a Matter of Discretion and Administrative Grace, and an Extraordinary Relief that Permits Applicants to Dispense with the Ordinary Consular Visa Process* (May 21, 2026) (the Extraordinary Equities Memo).   That challenge must be presented globally given the overlapping injuries caused by the various agency policies at issue.

Respectfully submitted,

Dated: June 5, 2026

**s/ Mark Andrew Prada**
Fla. Bar No. 91997

**s/ Claudia Canizares**
Fla. Bar No. 98308
Canizares Law Group, LLC
8360 W. Flagler Street, Suite 200
Miami, FL 33144
o. 305.680.0036
claudia@abogadadeinmigracion.us

**s/ Anthony Richard Dominguez**
Fla. Bar No. 1002234
Prada Dominguez, PLLC
Fla. Bar No. 1010180
12940 SW 128 Street, Suite 203
Miami, FL 33186
o. 786.703.2061
c. 786.238.2222
mprada@pradadominguez.com
adominguez@pradadominguez.com

*Counsel for Travieso Plaintiffs*

2