**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21565-LEIBOWITZ/HERNANDEZ**

**E.M.P.C.**, *et al.*,

     *Plaintiffs*,

*v.*

**MARKWAYNE MULLIN,** *et al.*,

     *Defendants*.

_____/

**JULIO ALBERTO TRAVIESO,** *et al.*,

     *Plaintiffs*,

*v.*

**JOSEPH B. EDLOW,** *et al.*,

     *Defendants*.

_____/

**<u>ORDER</u>**

THIS CAUSE is before the Court on Defendants' Unopposed Expedited Motion to Stay the Deadline to Respond to Travieso Plaintiffs' Complaint.  [ECF No. 68].  Defendants' response to the Travieso Complaint is due on June 29, 2026.  [ECF No. 57].  Defendants wish to stay the response deadline until Travieso Plaintiffs' pending Motion to Sever, [ECF No. 50], has been adjudicated.  [ECF No. 68 at 1].  They argue that the stay will "ensure that the response . . . is filed in the operative docket" and afford them enough time to finalize the response.  [ECF No. 68 ¶¶ 10–11].  The consolidated plaintiffs do not oppose Defendants' requested relief.  *Id.* ¶ 12.

The Court has carefully considered the Motion, notes that it is unopposed, and is otherwise fully advised.  Finding good cause for the requested extension of time, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 68] is **GRANTED**;

2. The deadline for Defendants to respond to the Travieso Complaint **shall be 7 days** after the entry of an order on Travieso Plaintiffs' Motion to Sever, [ECF No. 50].

   **DONE AND ORDERED** in the Southern District of Florida on June 26, 2026.

_____

YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE