**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:26-cv-21565-LEIBOWITZ/HERNANDEZ

E.M.P.C., et al.,

      Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of the
Department of Homeland Security, in his
official capacity, et al.,

      Defendants.

_____/

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF**
**MOTION TO CERTIFY CLASS (ECF NO. 5)**

Plaintiffs E.M.P.C., et al., by and through undersigned counsel, hereby respectfully

withdraw their Motion to Certify Class [ECF No. 5], filed March 11, 2026, without prejudice to

refiling.

Plaintiffs have twice amended their complaint since filing ECF No. 5. See [ECF Nos. 41,

63]. The operative pleading is now the Second Amended and Supplemental Class Action

Complaint [ECF No. 63], which narrows the proposed class and refines the claims. ECF No. 5

addresses a superseded class definition and no longer conforms to the operative pleading. Plaintiffs

therefore withdraw it and will file a new motion to certify addressed to the class defined in the

Second Amended Complaint.

1

The Magistrate Judge's Report and Recommendation on ECF No. 5 [ECF No. 69] recommends denial as moot on the same ground. This withdrawal resolves that motion and the pending Report and Recommendation directly. Plaintiffs respectfully request that the Court terminate ECF No. 5 as withdrawn.

This withdrawal does not affect any other pending motion.

Respectfully submitted,

**/s/ Arno Javier Lemus**
Arno Javier Lemus, Esq.
Florida Bar No. 0103075
Lemus Law Group, LLC
1024 NW 102 PL
Miami, Florida 33172
Telephone: (786) 816-2795
Email: arno@lemus.org
Counsel for Petitioner

Dated: July 8, 2026

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July __8__, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**/s/ Arno Javier Lemus**
Arno Javier Lemus