**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21565-CIV-LEIBOWITZ/HERNANDEZ**

**E.M.P.C.**, *et al.*,

       Plaintiffs,

v.

**MARKWAYNE MULLIN,**
Secretary of Homeland Security, *et al.*,

       Defendants.

_____/

**ORDER GRANTING PLAINTIFFS' RENEWED MOTION**
**FOR CLASS CERTIFICATION**

       **THIS CAUSE** is before the Court on Plaintiffs' Renewed Motion for Class Certification

[ECF No. 78] (the "Motion"). The Court has considered the Motion, the pertinent portions of the

record, and is otherwise fully advised in the premises. The Court finds that the proposed class

satisfies the requirements of Federal Rule of Civil Procedure 23(a) and 23(b)(2). Accordingly, it

is hereby:

       **ORDERED AND ADJUDGED** as follows:

       1.     The Motion is **GRANTED**.

       2.     Pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2), the Court

**CERTIFIES** the following class (the "Class"):

> All Cuban nationals who (1) are arriving aliens within the meaning of 8
> C.F.R. § 1.2 who were paroled into the United States under section
> 212(d)(5) of the Immigration and Nationality Act; (2) have remained
> physically present in the United States for at least one year following their
> parole; (3) have properly filed a Form I-485 Application to Register
> Permanent Residence or Adjust Status pursuant to the Cuban Adjustment
> Act with U.S. Citizenship and Immigration Services; and (4) whose I-485
> applications are currently subject to the adjudication hold imposed by

1

Policy Memorandum PM-602-0192 (December 2, 2025) and/or Policy Memorandum PM-602-0194 (January 1, 2026) (the "Hold Directives").

Excluded from the Class are: Defendants, their officers, agents, and employees; any member of the federal judiciary assigned to this matter; and any person whose Form I-485 application has been finally adjudicated on the merits prior to the date of this Order.

3.    Pursuant to Federal Rule of Civil Procedure 23(c)(1)(B), the class claims are whether the Hold Directives violate the Administrative Procedure Act, 5 U.S.C. §§ 555(b), 706(1), 706(2)(A), and 706(2)(C); conflict with the Cuban Adjustment Act, Pub. L. No. 89-732, 80 Stat. 1161 (1966); and violate the Due Process Clause of the Fifth Amendment.

4.    The named Plaintiffs are **APPOINTED** as Class Representatives.

5.    Pursuant to Federal Rule of Civil Procedure 23(g), Arno Javier Lemus of Lemus Law Group, LLC is **APPOINTED** as Class Counsel.

6.    Within thirty (30) days of the date of this Order, Plaintiffs shall submit a proposed plan for notice to the Class.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

2