**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21565-CIV-LEIBOWITZ/HERNANDEZ**

**E.M.P.C.,** *et al.*,

      Plaintiffs,

v.

**MARKWAYNE MULLIN**,
Secretary of Homeland Security, *et al.*,

      Defendants

_____/

### DEFENDANTS' THIRD NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants, by and through the undersigned Assistant United States Attorney and pursuant to Rule 7.8 of the Local Rules for the District Court for the Southern District of Florida, give notice of the following supplemental authority responsive to the Court's request in the Order (ECF No.73) for briefing on whether *Dorcas Int'l Inst. of Rhode Island v. United States Citizenship & Immigr. Servs.*, No. 26-CV-132-JJM-PAS, 2026 WL 1622708, at \*4 (D.R.I. June 5, 2026) moots this case:

***Acosta Reynoso v. United States Citizenship and Immigration Services, et al.***, **Case No. 8:26-cv-1314-KKM-NHA (M.D. Fla. July 30, 2026) Order (ECF No.41)**[1]

In the Order, the district court denied the plaintiff's request for a preliminary injunction enjoining the operation of USCIS Policy Memorandum, PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* (Dec. 2, 2025) and USCIS Policy Memorandum, PM-602-0194, *Hold and Review of USCIS Benefit Ap-plications Filed by Aliens from Additional High-Risk Countries* (Jan. 1, 2026).

---

[1] A copy of the Order is attached as an Exhibit.

In relevant part, the district court noted that it "join[s] the district courts that have found similar challenges to the two policy memoranda moot in light of *Dorcas*."  Order p.10.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

**Anthony Erickson-Pogorzelski**
ANTHONY ERICKSON-POGORZELSKI
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9296
Fla. Bar 619884
Email: anthony.pogorzelski@usdoj.gov