**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21565-LEIBOWITZ**

**E.M.P.C.,** *et al.*,

      *Plaintiffs,*

v.

**MARKWAYNE MULLIN,** *et al.*,

      *Defendants.*

_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon Plaintiffs' Renewed Motion for Class Certification and Memorandum of Law in Support ("the Motion") [ECF No. 78]. Upon due consideration, the Motion [**ECF No. 78**] is hereby referred to **United States Magistrate Judge Yeney Hernandez** for a report and recommendation consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules.

**DONE AND ORDERED** in the Southern District of Florida on August 3, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record