UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21565-CIV-LEIBOWITZ/HERNANDEZ

E.M.P.C., *et al*.,

      Plaintiffs,

v.

MARKWAYNE MULLIN,
Secretary of Homeland Security, *et al*.,

      Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO STAY

**THIS CAUSE** is before the Court on Defendants' Motion to Stay, it is hereby:

**ORDERED AND ADJUDGED** that

Defendants' Motion to Stay is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ of August 2026.

_____
**UNITED STATES DISTRICT JUDGE**