**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21565-LEIBOWITZ**

**E.M.P.C., *et al.*,**

*Plaintiffs*,

*v.*

**MARKWAYNE MULLIN, *et al.*,**

*Defendants*.
_______________________________________/

# ORDER

**THIS CAUSE** is before the Court *sua sponte*. On September 9, 2026, United States Magistrate Judge Yeney Hernandez granted Defendants' motion for a stay pending appellate review of a decision that vacated the policies at the center of this case. [ECF No. 84 at 1].

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**. Should the stay be lifted, the parties may refile appropriate motions. Nothing in this Order effects Judge Hernandez's Order of September 9, 2026, which remains in full force and effect. [ECF No. 84].

**DONE AND ORDERED** in the Southern District of Florida on September 30, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record