**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21565-CIV-LEIBOWITZ/HERNANDEZ**

**E.M.P.C.**, *et al*.,

Plaintiffs,

v.

**MARKWAYNE MULLIN**,
Secretary of Homeland Security, *et al*.,

Defendants
_____________________________________/

**SECOND JOINT STATUS REPORT**

The parties filed this Second Joint Status Report in accordance with the Order (ECF No.84) staying this case during the pendency of the appeal of *Dorcas Int'l Inst. of Rhode Island v. United States Citizenship & Immigr. Servs.*, No. 26-CV-132-JJM-PAS, 2026 WL 1622708 (D.R.I. June 5, 2026).

*Dorcas* remains in effect and the appeal before the First Circuit remains pending. USCIS is abiding by *Dorcas*. Pursuant to *Dorcas*, PM 602-0192 or PM 602-0194 are not currently in effect, and none of the plaintiff's applications are on hold. Adjudication of Plaintiffs' I-485 and I-765 applications is proceeding in the normal course.

Respectfully submitted,

YARA LORENZO KLUKAS
ACTING UNITED STATES ATTORNEY

Anthony Erickson-Pogorzelski
ANTHONY ERICKSON-POGORZELSKI
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9296

Fla. Bar 619884
Email: anthony.pogorzelski@usdoj.gov
*Counsel for Defendants*

and

**s/ *Arno J. Lemus***
Arno J. Lemus, III
Fla. Bar No. 0103075
Lemus Law Group, LLC
1024 NW 102 Place
Miami, FL 33172
786.583.3311
arno@lemus.org
*Counsel for Plaintiffs*